UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARCHER NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FNA GROUP, INC, et al., <br><br> Defendants. | CASE NO. 3:19-v-05737-BHS-BAT <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |

Defendant FNA Group, Inc. requests a four-day extension (until October 4, 2019) to respond to the Complaint (Dkt. 11) and on October 4, 2019, filed its Answer (Dkt. 12). Plaintiff is not opposed to the requested extension. Dkt. 15. Accordingly, it is **ORDERED** that the motion (Dkt. 11) is **GRANTED**; and the Answer was timely filed on October 4, 2019.

DATED this 15th day of October, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME
TO FILE ANSWER - 1